UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPRINT SPECTRUM L.P.,<br><br>    Plaintiff,<br>v.<br><br>CITY OF GLOUCESTER, CITY COUNCIL OF THE CITY OF GLOUCESTER, and VITO J. CALOMO, JOSEPH A. CIOLINO, JOHN GUS FOOTE, DEAN W. HARRISON, ABDULLAH A. KHAMBATY, SEFATIA A. ROMEO, EDWARD ST. PETER, JR., ALPHONSE J. SWELKA and JEFFREY T. WORTHINGTON, in their capacities as members of the City Council of the City of Gloucester,<br><br>    Defendants. | **Civil Action No. 04CV11865JLT** |

## JOINT MOTION FOR EXTENSION OF TIME

The undersigned parties hereby respectfully request an additional seven days within which to exchange and review the materials required of the parties under this Court's November 3, 2004 Discovery Order. In support of this Motion, the parties state as follows:

1. This brief extension of time—from November 17, 2004 to November 24, 2004—will assist the parties in their efforts to make relevant documents and materials available to one another.

2. This brief extension of time will not prejudice either party.

3. The one-week extension of time will not impact the scheduling conference to be held on December 7, 2004.

WHEREFORE, the parties respectfully request the seven-day extension of time referenced herein.

| | |
|---|---|
| **CITY OF GLOUCESTER**<br>By is attorneys,<br><br>_/s/ Cynthia Dunn / by WD_<br>Cynthia Dunn (BBO #645714)<br>Assistant General Counsel<br>Law Department, City Hall<br>9 Dale Avenue<br>Gloucester, MA  01930<br>(978) 281-9727 | **SPRINT SPECTRUM L.P.**<br>By its attorneys,<br><br>_/s/ Wayne F. Dennison_<br>Wayne F. Dennison (BBO #558879)<br>BROWN RUDNICK BERLACK ISRAELS LLP<br>One Financial Center<br>Boston, MA  02111<br>(617) 856-8200 |

Dated:  November 18, 2004

#1312909 v1