# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPRINT SPECTRUM L.P., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   **Civil Action No. 04-CV11865-JLT** |
| | ) |
| CITY OF GLOUCESTER, et al. | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, and alternative courses, of the litigation, and have also conferred with respect to resolution of the litigation through the use of alternative dispute resolution programs.

**BROWN RUDNICK BERLACK ISRAELS LLP,**

_____
Wayne F. Dennison

Dated:  December 6, 2004

**SPRINT SPECTRUM L.P.**

_____
Carla Chaves
National Property-East Region