UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPRINT SPECTRUM L.P., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CITY OF GLOUCESTER, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 04-CV11865-JLT |

## PLAINTIFF'S LOCAL RULE 26.1 (B) STATEMENT

Sprint Spectrum L.P. ("Sprint PCS") submits the following statement in accordance with Local Rules 26.1(B):

1. **Computation of Damages**

Sprint PCS cannot, at present, itemize all economic loss it has suffered as a result of the City's wrongful conduct. Sprint PCS can, however, itemize the categories of damages it intends to recover from the City. Those damages consist of:

> A. **Loss Minutes of Use Revenues** – the City's denial of Sprint PCS's siting request has resulted in a loss of income by Sprint PCS in the form of lost revenues from minutes of use by Sprint PCS customers. The number of lost minutes of use will be determined by a projection based on expert testimony.
>
> B. **Securing an Alternative Location for Sprint PCS's Facility** – the City's denial of Sprint PCS's siting request has resulted in Sprint PCS's need to find an alternative site for its facility. The post-denial costs associated with that effort are recoverable from the City, but have yet to be determined.
>
> C. **Competitive and Reputational Harm** – the City's denial of Sprint PCS's siting request has provided Sprint PCS's direct competitors, including Verizon and AT&T Wireless/Cingular, significant competitive advantages in the local wireless telecommunications market that have yet to be quantified. The City provided these competitors with preferential treatment with respect to the siting of

their wireless facilities. Expert analysis is likely to be required to quantify the competitive harm suffered by Sprint PCS.

D. <u>Attorneys' Fees</u> – the City's denial of Sprint PCS's siting request has caused Sprint PCS to incur significant attorneys' fees.

Although this response will be seasonably supplemented as additional information becomes available, at present, Sprint PCS expects that its damages may approach or exceed $1.5 million.

2. <u>Persons Likely to Have Discoverable Information</u>

The following individuals are likely to have discoverable information relevant to the disputed facts alleged with particularity in the Complaint:

A.  Timothy W. Greene
    TerraSearch, LLC
    270 Centre Street
    Holbrook, MA 02343

Mr. Greene is expected to have information about Sprint PCS's site acquisition, site review and application to the City.

B.  Deborah B. Haskell, MAI
    Winthrop Real Estate Advisors
    105 Union Wharf
    Boston, MA 02109

Ms. Haskell is expected to have information about Sprint PCS's analysis of the impact of the facility on neighboring real estate values.

C.  Brian F. Sullivan, Jr.
    Coler & Colantonio, Inc.
    101 Accord Park Drive
    Norwell, MA 02061

Mr. Sullivan is expected to have information about the design and engineering specifications of the proposed personal wireless services facility.

D.  David Eichler

Mr. Eichler is expected to have information about Sprint PCS's Radio Frequency requirements, and the existence of a coverage gap in the area proposed by Sprint PCS for the facility.

  E.  Scott Lacy, Esq.
     Brown Rudnick Berlack Israels LLP
     121 South Main Street
     Providence, RI

Mr. Lacy is expected to have information about Sprint PCS's site acquisition efforts, its application to the City and the hearings before the City Council.

  F.  Jeffrey T. Worthley
     4 Hawthorne Road
     Gloucester, MA 01930

  G.  Alphonse J. Swekla, President
     9 Bertoni Road
     Gloucester, MA 01930

  H.  John "Gus" Foote, Vice President
     39 Mt. Vernon Street
     Gloucester, MA 01930

  I.  Abdullah A. Khambaty
     6 Flume Road
     Gloucester, MA 01930

  J.  Sefatia A. Romeo
     287 Magnolia Ave
     Gloucester, MA 01930

  K.  Joseph A. Ciolino
     28 High Popples Road
     Gloucester, MA 01930

  L.  Vito J. Calomo
     82 Holly Street
     Gloucester, MA 01930

  M.  D. Edward St. Peter, Jr.
     38 Fernald Street
     Gloucester, MA 01930

  N.  Dean W. Harrison
     5 Rocky Pasture Road
     Gloucester, MA 01930

The individuals identified at F-N are members of the City Council and are expected to have information about Sprint PCS's application, Verizon's application, the hearings held with

respect to both applications, and the reasons for denying Sprint PCS's application and approving Verizon's.

    O.    Robert Wenstrup, Ph.D.
           Wenstrup Consulting
           11 Morrill Drive
           Wayland, MA 01778-4709

Dr. Wenstrup is expected to have information concerning the RF emissions of Sprint PCS's proposed facility and his communications with the City relative to such emissions.

    P.    Cynthia Dunn, Esq.
           City Hall
           9 Dale Avenue
           Gloucester, MA 01930

Ms. Dunn is expected to have information about the hearings held relative to Sprint PCS's application, and the City Council's approval of the Verizon application.

    Q.    David Gilmour
           City Hall
           9 Dale Avenue
           Gloucester, MA 01930

Mr. Gilmour is expected to have knowledge of the manner in which the City planned for and responded to request to site personal wireless service facilities.

    R.    John Bell
           City Hall
           9 Dale Avenue
           Gloucester, MA 01930

Mr. Bell is expected to have knowledge of the manner in which the City planned for and responded to request to site personal wireless service facilities.

    S.    Gaetano LoGrande
           54 New Way Lane
           Gloucester, MA 01930

    T.    Ann Feibiger
           47 Bay Street
           Gloucester, MA 01930

Mr. LoGrande and Ms. Feibiger are expected to have information about the hearings held relative to Sprint PCS's application, and the City Council's approval of the Verizon application.

3.  **Statements Obtained From Opposing Parties**

With the exception of statements reflected in the record of City Council's hearings and the decision denying Sprint PCS's application, Sprint PCS has not obtained any statements from any opposing party.

4.  **Government Investigation**

Sprint PCS knows of no government agencies or officials investigating the transactions and occurrences giving rise to its claims.

**Signed and sworn,**

**SPRINT SPECTRUM L.P.**

_____
Carla Chaves
National Property-East Region


Dated: December 6, 2004