UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SPRINT SPECTRUM L.P., | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 04-11865-JLT |
| v. | * | |
| | * | |
| | * | |
| CITY OF GLOUCESTER, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

December 9, 2004

TAURO, J.

After a conference on December 7, 2004, this court hereby orders that:

1.      Plaintiff may depose John "Gus" Foote, Abdullah A. Khambaty, Robert Wenstrup, David Gilmour, and John Bell;

2.      Defendants may depose Timothy W. Greene, David Eichler, Marcia Martin, Leah Butters, and Richard Barletta;

3.      The Parties shall complete all discovery by April 15, 2005;

4.      No additional discovery will be permitted without leave of this court; and

5.      A Further Conference is scheduled for May 3, 2005 at 10:00 a.m.

IT IS SO ORDERED.

         /s/ Joseph L. Tauro         
United States District Judge