UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SPRINT SPECTRUM,
    Plaintiff,

    V                         CA 04-11865-JLT
CITY OF GLOUCESTER
    Defendant.

## SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

The court having been advised on May 10, 2005 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within <u>60</u> days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                          Zita Lovett

                                            /s/
                                          Deputy Clerk

May 11, 2005